IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Matthew Davis, | ) | |
| | ) | C.A. No.: 2:05-0747-MBS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America; | ) | |
| Mr. Alberto Gonzales, U.S. Attorney | ) | |
| General; Anna Mills S. Wagoner, U.S. | ) | |
| Attorney for the Middle District of | ) | **OPINION AND ORDER** |
| North Carolina; Jonathan S. Gasser, | ) | |
| U.S. Attorney for the District of South | ) | |
| Carolina; Barbara M. Bowens, Assistant | ) | |
| U.S. Attorney for the District of South | ) | |
| Carolina; and Warden, Charleston County | ) | |
| Detention Center, all in their individual | ) | |
| and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff Matthew Davis is a federal prisoner housed at the Federal Correctional Institution in Butner, North Carolina.   Plaintiff, proceeding pro se, brought this action for a writ of habeas corpus and other causes of action.  At the time the complaint was filed, Plaintiff was temporarily housed at the Charleston County Detention Center by the United States Marshal for the purpose of trial in a civil rights action.

On August 16, 2005, Defendant Warden, Charleston County Detention Center filed a motion for summary judgment on the grounds that Plaintiff's complaint was moot because of his transfer back to North Carolina.  By order filed August 17, 2005, pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), Plaintiff was advised of the summary judgment procedure and the possible consequences if he failed to respond adequately. Plaintiff filed a response on August 23, 2005.  On August 31, 2005, The United States filed a motion to dismiss on behalf of

the federal Defendants on the grounds of improper venue.  A second <u>Roseboro</u> order was issued on September 2, 2005.  Plaintiff filed a response on October 5, 2005.

In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Robert S. Carr for pretrial handling.  The Magistrate Judge filed a Report and Recommendation on November 16, 2005, in which he recommended that the within action be dismissed without prejudice to bringing the case in the proper venue.  The Magistrate Judge found that Plaintiff's causes of action under 28 U.S.C. § 1346(a)(2), 28 U.S.C. § 1361, and 28 U.S.C. § 2241 should be dismissed because venue is improper in South Carolina.  The Magistrate Judge also determined that the portions of the complaint seeking habeas corpus relief were duplicative of a petition filed on March 3, 2005.  Plaintiff filed no objections to the Report and Recommendation.

The Magistrate Judge makes only a recommendation to this court.  The recommendation has no presumptive weight.  The responsibility for making a final determination remains with this court.  <u>See</u> <u>Mathews v. Weber</u>, 423 U.S. 261, 270-71 (1976).  The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made.  The court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions.  <u>See</u> 28 U.S.C. § 636(b)(1).   In the absence of objections to the Report and Recommendation, the court is not required to give any explanation for adopting the recommendation.  <u>See</u> <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts the Magistrate Judge's Report and Recommendation and incorporates it herein.

2:05-cv-00747-MBS    Date Filed 12/13/05    Entry Number 25    Page 3 of 3

Accordingly, the within action is dismissed without prejudice to bringing the action in the proper venue.

For the foregoing reasons, Plaintiff's motion to amend complaint is denied as futile.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
United States District Judge

Columbia, South Carolina

December 13, 2005

**NOTICE OF RIGHT TO APPEAL**

Plaintiff is hereby notified that he has the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.